In the Matter of NEW YORK TELEPHONE COMPANY, Respondent, against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Appellant, and CITY OF NEW YORK et al., Intervenors-Appellants.

Submitted October 3, 1955; decided October 11, 1955.

Motion to have appeal heard upon the record used before the Appellate Division together with eighteen printed copies of volume 1 of the record granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD NELSON, Appellant.

Submitted October 3, 1955; decided October 11, 1955.

Motion to amend remittitur denied. [See 309 N. Y. 231.]

ALPER BLOUSE COMPANY, INC., Appellant, v. E. E. CONNOR & CO., INC., Respondent.

Submitted October 3, 1955; decided October 13, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 309 N. Y. 67.]

ERNEST ARON, Appellant, v. FLORENCE GILLMAN et al., as Administratrices D. B. N. of the Estate of DORA OSTROFF, Deceased, Respondents.

Submitted October 3, 1955; decided October 13, 1955.

Motion to amend remittitur denied. [See 309 N. Y. 157.]